NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WALTER ROSS,                              )
                                          )
                Appellant,                )
                                          )
v.                                        )          Case No. 2D17-5124
                                          )
STATE OF FLORIDA,                         )
                                          )
                Appellee.                 )
_____  )

Opinion filed May 23, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Lee County; J. Frank Porter,
Judge.


PER CURIAM.

        Affirmed.  See State v. Brooks, 890 So. 2d 503 (Fla. 2d DCA 2005);

Carpenter v. State, 884 So. 2d 385 (Fla. 2d DCA 2004); Sirmons v. State, 775 So. 2d

389 (Fla. 2d DCA 2000); State v. Gutierrez, 10 So. 3d 158 (Fla. 3d DCA 2009); Williams

v. State, 907 So. 2d 1224 (Fla. 5th DCA 2005).


BLACK, SALARIO, and ROTHSTEIN-YOUAKIM, JJ., Concur.